# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 18-CV-62193-SCOLA/ SNOW

Plaintiff:
**MILITA BARBARA DOLAN**

vs.

Defendant:
**JETBLUE AIRWAYS CORPORATION**

For:
Scott B. Cosgrove

Received by TONY TAMAYO & ASSOCIATES on the 18th day of September, 2018 at 10:47 am to be served on **JETBLUE AIRWAYS CORPORATION C/O NRAI SERVICES, INC.,, 1200 S. PINE ISLAND RD.,, PLANTATION, FL 33324**.

I, Dan Ackerman, do hereby affirm that on the **18th day of September, 2018** at **4:30 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **21 DAY SUMMONS IN A CIVIL ACTION, COMPLAINT, WITH EXHIBIT** with the date and hour of service endorsed thereon by me, to: **NRAI SERVICES** as **Registered Agent** for **JETBLUE AIRWAYS CORPORATION C/O NRAI SERVICES, INC.,**, and informed said person of the contents therein, in compliance with Florida Rules of Civil Procedure, Florida Statue 48.091 or other state statute as applicable.

**Additional Information pertaining to this Service:**
PERSON WHO ACCEPTED SERVICE AT CT CORPORATION SYSTEMS WAS DONNA MOCH AS S.O.P SECTION HEAD.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Light Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

**Dan Ackerman**
362

**TONY TAMAYO & ASSOCIATES**
**7600 W. 20 Avenue**
**Suite 217**
**Hialeah, FL 33016**
**(305) 821-5558**

Our Job Serial Number: TTT-2018019035
Ref: 324.001

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Milita Barbara Dolan, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 18-cv-62193-Scola/Snow |
| JetBlue Airways Corporation, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JetBlue Airways Corporation
c/o NRAI Services, Inc.
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott B. Cosgrove, Esq.
Alec H. Schultz, Esq.
John R. Byrne, Esq.
Jeremy L. Kahn, Esq.
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  09/17/2018



Steven M. Larimore
Clerk of Court

*s/ J. Adams*
Deputy Clerk
U.S. District Courts