UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 18-cv-62193-RNS

MILITA BARBARA DOLAN,
on behalf of herself and all others
similarly situated,

       Plaintiffs,                                       **CLASS ACTION**

vs.

JETBLUE AIRWAYS CORPORATION,

       Defendant.
_____/

### *PROPOSED* JOINT SCHEDULING REPORT

Plaintiff, MILITA BARBARA DOLAN, and Defendant, JETBLUE AIRWAYS CORPORATION, jointly submit the following Joint Scheduling Report pursuant to S.D. Fla. LR 16.1 and the Court's Order Requiring Discovery and Scheduling Conference and Order Referring Discovery Matters to Magistrate Judge [DE 5] dated September 26, 2018:

**A.**    **Discussion of the likelihood of settlement:**

It is too early to predict the likelihood of settlement at this time. However, the parties will make every reasonable effort to attempt to settle this matter and will advise the Court promptly should this matter settle.

**B.**    **Discussion of the likelihood of appearance in the action of additional parties:**

The parties do not anticipate changes or additions to the named parties in this action at this time. Should Plaintiff seek to add additional named plaintiffs, she will do so pursuant to Fed. R. Civ. P. 15.

**C.**    **Proposed limits on the Time:**

    **(i)**    **to join other parties and to amend the pleadings (pursuant to Fed. R. Civ. P. 15(a)(2)): January 11, 2019**

> **(ii)**      **to file and hear motions:**
>
> > a.   Filing of Motion for Class Certification: **May 31, 2019**
> > b.   Opposition to Motion for Class Certification: **June 28, 2019**
> > c.   Reply in Support of Motion for Class Certification: **July 19, 2019**
> >
> > Filing of motions relating to the merits and other pre-trial and dispositive motions: **October 4, 2019**
> >
> > Filing of motions *in limine* and *Daubert* motions: **December 6, 2019**
>
> **(iii) to complete discovery:**
>
> > Merits: **August 8, 2019**
> > Expert: **October 18, 2019**

**D.**     **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and time of motions for summary judgment or partial summary judgment:**

The Parties agree to cooperate on the simplification of issues. The Parties are unable to determine, at this time, the number of motions for summary judgment or partial summary judgment.

**E.**     **The necessity or desirability of amendments to the pleading:**

The Plaintiff has indicated an intention to file an Amended Complaint in response to Defendant's pending Motion to Dismiss. Defendant may file a Motions to Dismiss directed at the Amended Complaint, if filed. The Parties will amend their pleadings in accordance with this Court's Order(s) on such motion(s). The parties also reserve their right to amend the pleadings in compliance with this Court's deadline for such amendment, as well as their right to serve responses or pleading to any amended pleading.

**F.**     **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on the admissibility of evidence:**

The parties agree to cooperate and use their best efforts to reach agreement as to admissions of fact and stipulations as to the authenticity of documents for use at trial.

**G.**     **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The parties agree to cooperate on avoiding unnecessary proof, but have no specific proposals at this time.

**H.      Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The parties agree that discovery matters be referred to the Magistrate Judge.

**I.      A preliminary estimate of the time required for trial:**

The Parties estimate that this matter will take seven (7) days for trial.

**J.      Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

Status Conference/Calendar Call: **February 3, 2020** (one week before trial)
Trial: **February 10, 2020**

**K.      Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

The parties acknowledge that by joining this Joint Scheduling Report, the Defendant does not waive any defense, including its right to object to subject matter, and/or personal jurisdiction and that the Defendant further reserves its right to object to, or seek a stay of, any obligation to disclose information or respond to discovery in this litigation.

Additionally, to avoid undue burden and expense on the parties, and possibly the Court, the Defendant proposes that initial discovery be limited to class certification issues until a ruling is made on the Motion to Dismiss, including as to any amended complaints.  Plaintiff does not agree to that proposal.

As set forth in the attached **Exhibit "1,"** the parties request that trial in this matter be set on or after February 10, 2020, and that a status conference/calendar call be held on February 3, 2020. The parties are not presently aware of the need for any other conference before trial.

Dated:  November 7, 2018                    Respectfully submitted,

s/ Alec H. Schultz                          s/ Lazaro Fernandez, Jr.
Scott B. Cosgrove                           Lazaro Fernandez, Jr.
Fla. Bar No. 161365                         Fla. Bar No. 716545
Alec H. Schultz                             Email:  lfernandez@stackfernandez.com
Fla. Bar No. 35022                          Denise B. Crockett
John R. Byrne                               Email:  dcrockett@stackfernandez.com
Fla. Bar No. 126294                         Fla. Bar No. 327913
Jeremy L. Kahn                              **STACK FERNANDEZ & HARRIS, P.A.**
Fla. Bar No. 105277                         1001 Brickell Bay Drive, Suite 2650
LEÓN COSGROVE, LLP                          Miami, Florida 33131
255 Alhambra Circle, Suite 800              phone: (305) 371-0001
Coral Gables, Florida 33134
Tel: 305.740.1975                           *Attorneys for Defendant, JetBlue Airways*

Email: scosgrove@leoncosgrove.com
Email: aschultz@leoncosgrove.com
Email: jbyrne@leoncosgrove.com
Email: jkahn@leoncosgrove.com

*Counsel for Plaintiff and the Class*

*Corporation*

Gayle I. Jenkins, Esq. (Admitted *Pro Hac Vice*)
Email: gjenkins@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1863

*Attorneys for Defendant, JetBlue Airways Corporation*

4

## EXHIBIT "1"

## PROPOSED PRETRIAL DEADLINES AND TRIAL DATE

| | |
|---|---|
| **January 11, 2019** | Deadline to join additional parties or to amend pleadings |
| **February 13, 2019** | Deadline to file joint interim status report. |
| **May 1, 2019** | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation. |
| **May 31, 2019** | Deadline to file Motion for Class Certification |
| **June 28, 2019** | Deadline to file Opposition to Motion for Class Certification. |
| **July 19, 2019** | Deadline to file Reply in Support of Motion for Class Certification. |
| **August 8, 2019** | Deadline to complete fact and jurisdictional discovery. |
| | Deadline to disclose the identity of expert witnesses (on all issues other than class certification) and to exchange expert witness summaries/reports pursuant to Federal Rule 26(a)(2).  Rebuttal disclosures are permitted and shall comply with the deadline set forth in Federal Rule 26(a)(2)(C)(ii). |
| **October 18, 2019** | Deadline to complete all expert discovery. |
| **October 25, 2019** | Deadline to complete mediation. |
| **October 25, 2019** | Deadline for the filing of all motions relating to the merits and other pre-trial and dispositive motions. |
| **December 6, 2019** | Deadline for filing pretrial motions, including motions *in limine* and *Daubert* motions. |
| **December 6, 2019** | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule 26(a)(3); deadline to file proposed jury instructions pursuant to Local Rule 16.1(k). |
| **February 3, 2020** | Status Conference/Calendar Call. |
| **February 10, 2020** | Trial period commences |