UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 18-62193-CV-SMITH/VALLE

MILITA BARBARA DOLAN, on behalf of
herself and all others similarly situated,

    Plaintiffs,                                 **CLASS ACTION**

vs.

JETBLUE AIRWAYS CORPORATION,

    Defendant.
_____/

## NOTICE OF DEPOSITION DESIGNATIONS

Plaintiff Milita Barbara Dolan ("Plaintiff"), pursuant to the Court's Scheduling Order and Order of Referral to Mediation [D.E. 25], hereby gives notice of her deposition designations regarding the depositions of Richard Horowitz, Ray Wenger, Michael Quiello, John Culbertson, Begench Atayev, and Matthew Brey taken in this action.

| Witness: | Designation Page/Line (Exhibit Nos.) |
|---|---|
| **Richard Horwitz** (taken May 23, 2019) | 6:23-25: 7:1-4 |
| | 7:10-21 |
| | 10:15-21 |
| | 10:23-25 |
| | 11:1 |
| | 12:7-24 |
| | 13:10-25:14-21 |
| | 22:2-8 |
| | 39:7-25 |
| | 40-1-13 |
| | 44:25 |
| | 45:1-23 |
| | 46:10-16 |
| | 47:17-5:48:1-20 |
| | 50:5-56:18; |
| | 57:15-20 |

| Witness: | Designation Page/Line (Exhibit Nos.) |
|---|---|
| | 66:25-67:9 |
| | 67:23-76:7 |
| | 76:17-86:18 |
| | 87:24-88:19 |
| | 104:14-109:16 |
| | 110:5-21 |
| | 112:16-20 |
| | 114:17-132:14 |
| | 135:21-136:4 |
| | 136:17-137:6 |
| | 138:11-139:9 |
| | 140:3-5 |
| | 145:15-149:13 |
| | 150:17-18 |
| | 152-156:19 |
| | 157:20-159:2 |
| | 161:7-162:17 |
| | 163:2-173:12 |
| | 174:6-175:2 |
| | 176:17-181:2 |
| | 185:23-197:13 |
| | 201:12-203:12 |
| | 204:2-205:14 |
| | 206:6-10 |
| | 209:6-213:21 |
| | 235:237:12 |
| | |
| **Ray Wenger** (taken April 2, 2019) | 6:16-7:8 |
| | 9:10-21 |
| | 10:15-11:2 |
| | 11:7-12 |
| | 12:24-13:14 |
| | 15:16-28:10 |
| | 32:21-34:8 |
| | 35:9-37:14 |
| | |
| **Michael Quiello** (taken May 21, 2019) | 7:8-8:2 |
| | 11:23-12:1 |
| | 14:6-16:3 |
| | 17:14-19:5 |
| | 22:6-10; Ex. 6 |
| | 24:22-25:9 |
| | 29:6-17 |
| | 30:19-36:25 |

| Witness: | Designation Page/Line (Exhibit Nos.) |
|---|---|
| | 37:15-38:20 |
| | 39:24-45:22 |
| | 47:1-14 |
| | 47:18-48:3 |
| | 49:15-50:10 |
| | 52:9-54:14 |
| | 55:2-64:12 |
| | 67:20-21 |
| | 68:4-72:4 |
| | 73:2-84:25 |
| | 97:22-102:5 |
| | 112:21-114:2 |
| | 117:12-25 |
| | 125:8-136:22 |
| | 138:7-166:24 |
| | 167:23-170:25 |
| | 213:5-220:17 |
| | 221:8-222:9 |
| | 224:21-227:11 |
| | 228:20-253:21 |
| | |
| **John Culbertson** (taken December 18, 2018) | 6:23-7:1 |
| | 14:5-15:2 |
| | 16:23-17:17 |
| | 18:4-20 |
| | 19:5-14 |
| | 20:18-25 |
| | 26:15-30:11 |
| | 48:20-50:1 |
| | 50:8-51:15 |
| | 56:2-58:1 |
| | 62:9-14 |
| | 67:8-78:10 |
| | 90:5-91:16 |
| | 98:4-101:5 |
| | 130:12-133:8 |
| | 7:8-8:2 |
| | 11:23-12:1 |
| | 14:6-16:3 |
| | 17:14-19:5 |
| | 22:6-10; Ex. 6 |
| | 24:22-25:9 |
| | 29:6-17 |
| | 30:19-36:25 |

| Witness: | Designation Page/Line (Exhibit Nos.) |
|---|---|
| | 37:15-38:20 |
| | 39:24-45:22 |
| | 47:1-14 |
| | 47:18-48:3 |
| | 49:15-50:10 |
| | 52:9-54:14 |
| | 55:2-64:12 |
| | 67:20-21 |
| | 68:4-72:4 |
| | 73:2-84:25 |
| | 97:22-102:5 |
| | 112:21-114:2 |
| | 117:12-25 |
| | 125:8-136:22 |
| | 138:7-166:24 |
| | 167:23-170:25 |
| | 213:5-220:17 |
| | 221:8-222:9 |
| | 224:21-227:11 |
| | 228:20-253:21 |
| | |
| **Begench Atayev** (taken August 1, 2019) | 15:9-50:4 |
| | 51:3-56:12 |
| | 57:20-65:18 |
| | 66:2-71:14 |
| | 72:2-19 |
| | 72:24-76:2 |
| | 76:5-25 |
| | 77:4-80:4 |
| | 83:22-96:3 |
| | 96:6-97:4 |
| | 97:14-105:11 |
| | 105:16-107:7 |
| | 108:14-111:10 |
| | 121:2-122:21 |
| | 123:2-125:16 |
| | 132:8-134:2 |
| | 145:11-148:2 |
| | 154:4-155:7 |
| | 155:15-156:17 |
| | 156:24-158:23 |
| | 160:8-165:10 |
| | 165:20-167:5 |
| | 167:12-171:7 |

| Witness: | Designation Page/Line (Exhibit Nos.) |
|---|---|
| | 173:6-176:14 |
| | |
| **Matthew Brey** (taken July 17, 2019) | 9:19-25 |
| | 10:4-12:5 |
| | 12:12-21:2 |
| | 21:7-23:15 |
| | 23:19-24:8 |
| | 24:23-26:18 |
| | 27:14-31:18 |
| | 31:20-24 |
| | 32:18-34:21 |
| | 35:11-36:13 |
| | 36:19-50:16 |
| | 55:22-59:25 |
| | 60:21-61:14 |
| | 62:16-64:21 |
| | 65:22-68:21 |
| | 69:16-84:12 |
| | 84:19-85:3 |
| | 85:10-14 |
| | 86:1-102:12 |
| | 104:17-110:22 |
| | 111:3-116:4 |
| | 117:4-123:8 |
| | 123:13-124:12 |
| | 124:15-131:15 |
| | 131:18-143:9 |
| | 143:12-149:25 |
| | 150:3-162:5 |
| | 162:17-168:4 |
| | 170:11-173:1 |
| | 173:7-180:20 |
| | 181:19-183:15 |

Dated: November 22, 2019 Respectfully submitted,

/s/ Alec H. Schultz
Scott B. Cosgrove
  Fla. Bar No. 161365
Alec H. Schultz
  Florida Bar No. 35022
John R. Byrne
  Florida Bar No. 126294
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone:  305.740.1986
Facsimile:  305.437.8158
Email:  scosgrove@Leóncosgrove.com
Email:  aschultz@Leóncosgrove.com
Email:  jbyrne@Leóncosgrove.com

*Counsel for Plaintiff and the Class*

Paul J. Geller, Esq.
  Florida Bar No. 984795
Stuart A. Davidson, Esq.
  Florida Bar No. 84824
Jason H. Alperstein, Esq.
  Florida Bar No. 64205
Christopher C. Gold, Esq.
  Florida Bar No. 088733
Bradley M. Beall, Esq.
  Florida Bar No. 1010635
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida  33432
Email:  pgeller@rgrdlaw.com
Email:  sdavidson@rgrdlaw.com
Email:  jalperstein@rgrdlaw.com
Email:  cgold@rgrdlaw.com
Email:  bbeall@rgrdlaw.com

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 22, 2019, a true and correct copy of the foregoing was served by electronic mail to all counsel of record.

*/s/ Alec H. Schultz*
Alec H. Schultz
