UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62193-CIV-SMITH

MILITA BARBARA DOLAN,

    Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal [DE 207]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's individual claims against Defendant are **DISMISSED with prejudice**. Any putative class claims alleged against Defendant are **DISMISSED without prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. Each party shall bear its own respective costs and fees, except as otherwise agreed to in the parties' settlement agreement.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 25th day of August, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record